IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST, an Indiana corporation, | ) ) ) ) | |
| Plaintiff, | ) ) ) | No. 17-cv-06788 |
| v. | ) ) | |
| MYO EXPRESS, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **September 28, 2017, at 8:45 am** or as soon thereafter as may be heard, Plaintiffs shall appear before the Honorable Sharon Johnson Coleman or any judge sitting in her stead in **Courtroom 1425** of the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 and then and there present **DEFENDANT'S UNCONTESTED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**.

Respectfully submitted,
MYO EXPRESS, INC.

_____
Timothy Hoerman, Esq.
 Its attorney

Timothy E. Hoerman, Esq. (ARDC No. 6256097)
323 N. Washington Street
Westmont, Illinois 60559
(630) 442-1923
email@timhoerman.lawyer

## Proof of Service

I hereby certify that on the 20th day of September, 2017, I served the foregoing by depositing a true copy thereof in the United States Mail, first class postage prepaid, and via electronic mail where such email address has been provided, addressed as follows:

_____
Timothy Hoerman, Esq.

**Service List**

Mr. Drew Block
Foster, Swift, Collins & Smith, P.C.
24811 Northwestern Highway, Suite 500
Southfield, MI 48034
dblock@fosterswift.com